## KEVIN MARSHALL *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Marshall's petition for certification for appeal from the Appellate Court, 119 Conn. App. 901 (AC 30379), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided February 25, 2010

## DANIEL B. HAIMS *v.* JAMES A. UTECHT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 31168) is denied.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*Jan A. Marcus*, in opposition.

Decided February 25, 2010